# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ROBERT WOODWARD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-44 |
| v. | * | |
| CAMDEN COUNTY JAIL; and OFFICER FNU MCPHERSON, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 9.  Plaintiff did not file Objections to this Report and Recommendation.  In fact, the Clerk of Court mailed a copy of this Report and Recommendation and a copy of the service Order to Plaintiff at his last known address.  However, that mailing was returned to the Court as undeliverable with the notations, "Return to Sender, Not Deliverable as Addressed, Unable to Forward" and "[Return to Sender]-No longer in our custody."  Dkt. No. 11 at 1.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Camden County Jail.  Plaintiff's

claims against Defendant McPherson ordinarily would remain pending. Dkt. Nos. 9, 10. However, as explained below, the Court must dismiss these claims, without prejudice.

The Magistrate Judge ordered Plaintiff to show cause why his case should not be dismissed based on his failure to update his address, as required. Dkt. No. 12. The Magistrate Judge forewarned Plaintiff his failure to show cause would result in the recommended dismissal of his cause of action. Id. at 2. However, this Order was also returned to the Court as undeliverable, with the notations: "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 13 at 1. Thus, it is unnecessary for the Magistrate Judge to issue a Report recommending the dismissal of Plaintiff's remaining claims, as that mailing also would be returned as undeliverable. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendant McPherson, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff in forma pauperis status on appeal.

SO ORDERED, this ___13___ day of ___May___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA